UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

    CHU H. KWON, et al.

                  Debtor.
-------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Chapter 11
Case No. 19-44290-ess
(Jointly Administered)

STATE OF NEW YORK    )
COUNTY OF NASSAU     ) ss.:

    **NINA ARCESE,** being duly sworn, deposes and says that deponent is not a party to this proceeding and is over 18 years of age.

    On January 20, 2020, deponent served a copy of the **DISCLOSURE STATEMENT TO SECURED CREDITOR 5TH AVENUE MIXED USE LLC'S PLAN OF REORGANIZATION FOR 4811 ASSOCIATES LLC, 5TH AVENUE MIXED USE LLC'S PLAN OF REORGANIZATION FOR 4811 ASSOCIATES LLC (DOCKET NO. 19-44263), DISCLOSURE STATEMENT TO SECURED CREDITOR 5TH AVENUE MIXED USE LLC'S PLAN OF REORGANIZATION FOR 5505 ASSOCIATES LLC, 5TH AVENUE MIXED USE LLC'S PLAN OF REORGANIZATION FOR 5505 ASSOCIATES LLC (DOCKET NO. 19-44264), DISCLOSURE STATEMENT TO SECURED CREDITOR 5TH AVENUE MIXED USE LLC'S PLAN OF REORGANIZATION FOR 5507 ASSOCIATES LLC, 5TH AVENUE MIXED USE LLC'S PLAN OF REORGANIZATION FOR 5507 ASSOCIATES LLC (DOCKET NO. 19-44265),** upon the parties listed below, at the addresses listed below, said addresses being designated for that purpose, via regular first class mail, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the US Postal Service.

TO:
Reina Tapia
4811 5th Avenue, Store A
Brooklyn, NY 11220

Reina Tapia
4811 5th Avenue, Store B
Brooklyn, NY 11220

Domingo Rodriguez
4811 5th Avenue, Apt. 2L
Brooklyn, NY 11220

Julia Batista
4811 5th Avenue, Apt. 3R
Brooklyn, NY 11220

Luz Balbuena
4811 5th Avenue, Apt. 4L
Brooklyn, NY 11220

Julia Armilla
4811 5th Avenue, Apt. 2R
Brooklyn, NY 11220

Providencia Justiano
4811 5th Avenue, Apt. 4R
Brooklyn, NY 11220

Dorian's Jewelry LLC
5507 5th Avenue, Store A
Brooklyn, NY 11220

Bernardino Osorio Coria
5507 5th Avenue Store B
Brooklyn, NY 11220

Laila Mobhani
5505 5th Avenue, Store A
Brooklyn, NY 11220

Juan Carlos Cardenas Verdago
5505 5th Avenue, Store B
Brooklyn, NY 11220

5507 Associates LLC
5507 5th Avenue
Brooklyn, NY 11220

New York City Department of Finance
345 Adams Street. 10th Floor South Side
Brooklyn, NY 11201

New York City Department of Finance
375 Pearl Street
New York, NY 10038

New York City Department of Finance
66 John Street, Room 104
New York, NY 10038

MXC/D1437209v1/M077065/C0184290

New York City Department of Finance
Office of Legal Affairs Collection Unit
375 Pearl Street, 30th Floor
New York, NY 10038

New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205

New York State Unemployment Insurance
Building #12, Room 256
Albany, NY 12201
Attention: Insolvency Unit

Con Edison
JAF Station P.O. Box 1702
New York, NY 10116

Consolidated Edison Company of New York, Inc.
4 Irving Place, Room 1875-S
New York, New York 10003
Attn: Bankruptcy Group

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

New York City Office of Administrative Trials and Hearings
100 Church Street, 12th Fl.
New York, NY 10007
Attn: Nicholas Dietz

New York City Water Board
59-17 Junction Boulevard, 13th Floor
Elmhurst, NY 11373
Attn: Andrew Rettig, Assistant Counsel

New York City Environmental Control Board
9 Bond Street, 7th Floor
Brooklyn, NY 11201

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Rachel Wolf

SN Funding LLC
2071 Flatbush Avenue, #105
Brooklyn, NY 11234

Charles E Simpson
Windels Marx Lane & Mittendorf
156 West 56th Street
New York, NY 10019

5505 Associates LLC
5505 5th Avenue
Brooklyn, NY 11220

4811 Associates LLC
4811 5th Avenue
Brooklyn, NY 12205

Chu H. Kwon
33 Gold Street, Apt. 409
New York, NY 10038

Occupant
4811 5th Avenue, Apt. 3L
Brooklyn, NY 11220

Marguerita Hernandez
5505 5th Avenue, Apt. 3R
Brooklyn, NY 11220

Flor Luis
5505 5th Avenue, Apt. 4L
Brooklyn, NY 11220

Guadalupe Alcantar
5505 5th Avenue, Apt. 4R
Brooklyn, NY 11220

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Rachel Wolf

SN Funding LLC
2071 Flatbush Avenue, #105
Brooklyn, NY 11234

Charles E Simpson
Windels Marx Lane & Mittendorf
156 West 56th Street
New York, NY 10019

5505 Associates LLC
5505 5th Avenue
Brooklyn, NY 11220

4811 Associates LLC
4811 5th Avenue
Brooklyn, NY 12205

Chu H. Kwon
33 Gold Street, Apt. 409
New York, NY 10038

Occupant
4811 5th Avenue, Apt. 3L
Brooklyn, NY 11220

Marguerita Hernandez
5505 5th Avenue, Apt. 3R
Brooklyn, NY 11220

Flor Luis
5505 5th Avenue, Apt. 4L
Brooklyn, NY 11220

Guadalupe Alcantar
5505 5th Avenue, Apt. 4R
Brooklyn, NY 11220

Felicitas Rios
5505 5th Avenue, Apt. 4R
Brooklyn, NY 11220

Andrea Godinez
5505 5th Avenue, Apt. 3L
Brooklyn, NY 11220

Consuelo Rosado
5505 5th Avenue, Apt. 2L
Brooklyn, NY 11220

Jose Nereo Tapia
5505 5th Avenue, Apt. 2R
Brooklyn, NY 11220

Anna Torres
5505 5th Avenue, Apt. 2L
Brooklyn, NY 11220

Berta Granados
5505 5th Avenue, Apt. 2R
Brooklyn, NY 11220

Cruz Vazquez
5505 5th Avenue, Apt. 3L
Brooklyn, NY 11220

Leonore Rojas Bravo
5505 5th Avenue, Apt. 3R
Brooklyn, NY 11220

Sarah Gallego
5505 5th Avenue, Apt. 4L
Brooklyn, NY 11220

Nayda Dearee
5505 5th Avenue, Apt. 4R
Brooklyn, NY 11220

Eli Shilian
140 Broadway, Floor 41
New York, NY 10038

                                                  */s/ Nina Arcese*
                                                  **NINA ARCESE**

Sworn to before me this
10th day of February, 2020

*/s/ Cecilia Zuziela*
Notary Public

        CECILIA ZUZIELA
  NOTARY PUBLIC, STATE OF NEW YORK
        No. 01ZU6276345
     Qualified in Nassau County
  Commission Expires February 11, 2021

6

MXC/D1437209v1/M077065/C0184290