**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **4811 Associates LLC** <br> Name | EIN **45–4449576** |
| United States Bankruptcy Court **Eastern District of New York** <br> Case number: **1–19–44263–ess** | | Date case filed for chapter **11**  **7/11/19** |

# NOTICE OF ENTRY OF ORDER CONFIRMING
# CHAPTER 11 PLAN OF REORGANIZATION

**NOTICE IS HEREBY GIVEN THAT:**

In accordance with Bankruptcy Rule 2002, an order was signed on 11/10/20 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office at:

271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800


Dated: November 13, 2020

                                                              For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLeoc1.jsp** [Notice Confirming Chapter 11 Plan rev. 02/01/17]